FILED
2017 Nov-30 AM 10:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| CHARLES EDWARD DRAPER, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 2:17-cv-1542-VEH-TMP |
| WARDEN GORDY; *et al.*, | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The magistrate judge filed his report and recommendation on November 7, 2017, recommending dismissal of petitioner's 28 U.S.C. § 2254 petition for *habeas corpus* relief. (Doc. 6). Petitioner filed objections to the report and recommendation. (Doc. 7). Having now carefully considered *de novo* all the materials in the court file, including the report and recommendation and the objections, the court is of the opinion that the magistrate judge's report is due to be **ADOPTED** and the recommendation **ACCEPTED**.

It is therefore **ORDERED** that the claim for *habeas corpus* relief pursuant to 28 U.S.C. § 2254 in the above-styled cause be and hereby is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**DONE** the 30th day of November, 2017.

**VIRGINIA EMERSON HOPKINS**
United States District Judge